IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> KHADIJA THOMPSON, ) <br> ) <br> Defendant. ) | Case No. 4:10CR3120 |

**ORDER**

THIS MATTER comes before me on defendant's Request to File A Restricted Motion, filing 96. The motion will be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.1, the Clerk shall file defendant's Variance Brief restricted.

IT IS FURTHER ORDERED that said brief be made available to case participants only.

DATED this 16th day of May, 2011.

BY THE COURT:

s/ Warren K. Urbom

The Honorable Warren K. Urbom
United States Senior District Judge