IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3120 |
| | ) | |
| v. | ) | |
| | ) | |
| KHADIJA THOMPSON, | ) | TENTATIVE FINDINGS REGARDING |
| | ) | REVISED PRESENTENCE |
| Defendants. | ) | INVESTIGATION REPORT |
| | ) | |

    The defendant has objected to paragraphs 48, 49, 51, 52, 53 and 56. The probation officer's response indicates court documentation has been received, verifying paragraphs 48 and 51. He says that efforts are being made to verify the remaining convictions.

    At or before the sentencing hearing the probation officer should provide the remaining verifications.

    I tentatively find that the Revised Presentence Investigation Report is true and accurate as to the paragraphs not objected to by the defendant. Objections may be made at the time of the sentencing to these tentative findings, but no evidence, aside from the verification of convictions and sentences objected to, will be received.

    Dated May 16, 2011.

                                  BY THE COURT


                                  s/ Warren K. Urbom
                                  United States Senior District Judge